FILED
CLERK, U.S. DISTRICT COURT

MAR -5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASAN YADEGAR, M.D., | Case No. CV 11-10544-SVW (RZx) |
| Plaintiff, | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| v. | |
| BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY; HEALTH CARE SERVICES CORPORATION, A MUTUAL LEGAL RESERVE COMPANY and DOES 1 through 100, inclusive, | |
| Defendants. | |

11917972_1

Case No CV 11-10544 SVW (RZx)
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1  IT IS HEREBY ORDERED that the above-referenced action is dismissed with
2  prejudice and in its entirety pursuant to Federal Rules of Civil Procedure
3  41(a)(1)(A). Each side shall bear its own attorneys' fees and costs.
4
5  DATED: 3/5/12                    _____
                                    Judge of the United States District Court
6                                   for the Central District of California